IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ROBERT BLAKE CARSON**                          **PETITIONER**

v.                  NO. 2:19-cv-00093 JM

**DEWAYNE HENDRIX**                            **RESPONDENT**

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, *de novo* review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2241 filed by petitioner Robert Blake Carson is dismissed, and all requested relief is denied. Judgment will be entered for respondent Dewayne Hendrix.

IT IS SO ORDERED this 19th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE