# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ROBERT BLAKE CARSON**                              **PETITIONER**

**v.**                       **NO. 2:19-cv-00093 JM**

**DEWAYNE HENDRIX**                                **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Dewayne Hendrix.

IT IS SO ORDERED this 19th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE